## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

| | | |
|---|---|---|
| **ANDRE NICHOLSON,** Individually And On Behalf Of All Others, | ) ) ) | Case No. |
| **Plaintiff,** | ) ) | **JURY DEMANDED** |
| v. | ) ) ) | |
| **USIC LOCATING SERVICES, LLC,** | ) ) | |
| **Defendant.** | ) | |

### NOTICE OF REMOVAL FROM STATE COURT BY DEFENDANT USIC LOCATING SERVICES, LLC PURSUANT TO 28 U.S.C. §§ 1331 AND 1441

Defendant USIC Locating Services, LLC ("USIC"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331 and 1441, hereby removes the state court civil action entitled *Andre Nicholson v. USIC Locating Services, LLC*, Case No. 21CN-CC00061, from the Circuit Court of Clinton County, Missouri, to the United States District Court for the Western District of Missouri. This Court has original jurisdiction over this action because the Petition alleges a right or interest that is substantially founded on federal law, which includes federal statutory law.

### STATEMENT OF THE CASE

1. On or about October 14, 2021, Plaintiff Andre Nicholson ("Plaintiff"), acting individually and on behalf of the putative class, filed a class action Petition against USIC in the Circuit Court of Clinton County, Missouri, Case No. 21CN-CC00061 (the "State Court Action").

2. USIC was served with the Petition on October 20, 2021.

3. Pursuant to 28 U.S.C. 1446(a), true and accurate copies of all process, pleadings and orders served on Defendant are attached to this Notice as Exhibit A.

4. The Petition alleges violations of the Fair Credit Reporting Act ("FCRA"). Plaintiff's Pet. ¶¶ 1; 8–9; 12; 27; 36–39; 43–44; 49; 51–65.

4. Plaintiff purports to bring each of his claims on behalf of himself, as well as a putative class. Plaintiff's Pet. ¶¶ 8–10; 40–50.

5. The relief Plaintiff seeks on behalf of himself and the putative class includes, *inter alia*: (a) statutory damages of "not less than $100 and not more than $1000 for each and every one of these [FCRA] violations," as provided for under 15 U.S.C. § 1681n(a)(1)(A); (b) punitive damages for said FCRA violations, pursuant to 15 U.S.C. § 1681n(a)(2); and (c) the recovery of attorneys' fees, pursuant to 15 U.S.C. § 1681n(a)(3). Plaintiff's Pet. ¶¶ 63–65.

## FEDERAL QUESTION IS ESTABLISHED

6. Removal is authorized because the State Court Action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331 and is therefore one that Defendant may remove to this Court pursuant to 28 U.S.C. § 1441. In particular, the State Court Action is a civil action that contains federal questions because the sole cause of action is founded on the FCRA—a law of the United States, codified at 15 U.S.C. § 1681. Plaintiff's Pet. ¶¶ 1; 8–9; 12; 27; 36–39; 43–44; 49; 51–65.

7. For purposes of federal question jurisdiction under 28 U.S.C. § 1331, a case arises under federal law if the plaintiff alleges a right or interest that is substantially founded on federal law, which includes federal statutory law. Because the Petition contains a cause of action that arises under federal law, federal question jurisdiction is established as a matter of law.

8. Any state law claims not governed by the FCRA are still subject to removal under 28 U.S.C. § 1441(c), because this Court has supplemental jurisdiction over these claims under 28 U.S.C. § 1367.

- 2 -

Case 5:21-cv-06157-FJG   Document 1   Filed 11/18/21   Page 2 of 5

## VENUE IS PROPER

9. Venue is proper in this Court pursuant to 28 U.S.C. §§ 105(b)(3), 1391, 1441(a) and 1446(a). Plaintiff filed his Petition in the Clinton County Circuit Court in the State of Missouri. Venue is properly in the federal district "embracing the place where such action is pending. 28 U.S.C. § 1441(a). Accordingly, venue properly lies in the United States District Court for the Western District of Missouri. *See also* Local Rule 3.2(a)(1)(B) (indicating that the St. Joseph Division of this Court embraces original actions filed in Clinton County).

## THE NOTICE OF REMOVAL IS TIMELY

10. Under 28 U.S.C. § 1446(b)(1), "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter."

11. Because this Notice of Removal is being filed within 30 days of service of the Petition or receipt of a copy of the same, removal is timely under 28 U.S.C. § 1446(b).

## NOTICE TO PLAINTIFF AND STATE COURT

12. Defendant will promptly serve copies of this Notice of Removal upon Plaintiff and will promptly serve and file a copy with the Clerk of the Circuit Court of Clinton County, Missouri pursuant to 28 U.S.C. § 1446(d).

13. Nothing in this Notice of Removal is intended or should be construed as any type of express or implied admission by Defendant of any fact or the validity or merits of Plaintiff's claims, causes of action or allegations or ability to maintain such an action in court. Defendant expressly reserves all rights, remedies and defenses in connection with this action.

- 3 -

Case 5:21-cv-06157-FJG   Document 1   Filed 11/18/21   Page 3 of 5

## VENUE IS PROPER

9. Venue is proper in this Court pursuant to 28 U.S.C. §§ 105(b)(3), 1391, 1441(a) and 1446(a). Plaintiff filed his Petition in the Clinton County Circuit Court in the State of Missouri. Venue is properly in the federal district "embracing the place where such action is pending. 28 U.S.C. § 1441(a). Accordingly, venue properly lies in the United States District Court for the Western District of Missouri. *See also* Local Rule 3.2(a)(1)(B) (indicating that the St. Joseph Division of this Court embraces original actions filed in Clinton County).

## THE NOTICE OF REMOVAL IS TIMELY

10. Under 28 U.S.C. § 1446(b)(1), "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter."

11. Because this Notice of Removal is being filed within 30 days of service of the Petition or receipt of a copy of the same, removal is timely under 28 U.S.C. § 1446(b).

## NOTICE TO PLAINTIFF AND STATE COURT

12. Defendant will promptly serve copies of this Notice of Removal upon Plaintiff and will promptly serve and file a copy with the Clerk of the Circuit Court of Clinton County, Missouri pursuant to 28 U.S.C. § 1446(d).

13. Nothing in this Notice of Removal is intended or should be construed as any type of express or implied admission by Defendant of any fact or the validity or merits of Plaintiff's claims, causes of action or allegations or ability to maintain such an action in court. Defendant expressly reserves all rights, remedies and defenses in connection with this action.

WHEREFORE, having provided notice as is required by law, Defendant respectfully requests that this Court assume full jurisdiction over this action as if Plaintiff had originally commenced this action with this Court.

Date: November 18, 2021    Respectfully submitted,

By: */s/ Traci L. Martinez*
Traci L. Martinez MO #67628
SQUIRE PATTON BOGGS
2000 Huntington Center
41 South High Street
Columbus, OH 43215
(614) 365-2700
(614) 365-2499 fax
traci.martinez@squirepb.com

*Attorney for Defendant USIC Locating Services, LLC*

## CERTIFICATE OF SERVICE

This is to certify that on the 18th day of November 2021, a true and correct copy of the above and foregoing document was filed via the Court's electronic filing system which transmitted a copy to all parties of record and further mailed a copy first class, postage prepaid to:

Charles Jason Brown MO 49952
Jayson A. Watkins MO 61434
Brown & Watkins LLC
301 S. US 169 Hwy
Gower, Missouri 64454
Tel: 816-505-4529
Fax: 816-424-1337
brown@brownandwatkins.com
watkins@brownandwatkins.com

*Attorneys for Plaintiff*

            By: /s/ Traci L. Martinez
               **Attorney for Defendant USIC Locating Services, LLC**